IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual, and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>  Plaintiffs,<br><br>  v.<br><br>ROY V LEMBI, an individual, and JESUS J. PEREZRANGEL, an individual d/b/a PLAYA AZUL MARISCOS,<br><br>  Defendants. | No. C 09-01788 WHA<br><br>**ORDER DENYING *EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Good cause not shown, the Court **DENIES** plaintiffs' *ex parte* request to continue the case management conference for sixty days.

**IT IS SO ORDERED.**

Dated: September 23, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE