*E-Filed 4/26/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

Craig Yates, et al.,

          Plaintiffs,

  v.

Roy Lembi, et al.,

          Defendants.
_____/

No. C 09-1788 RS

**STANDBY ORDER TO SHOW CAUSE**

      The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **July 1, 2010**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **July 8, 2010, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed.

      Failure to comply with this Order may result in dismissal of the case.

No. C 09-01788 RS
STANDBY ORDER TO SHOW CAUSE

IT IS SO ORDERED.

Dated: April 26, 2010

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 09-01788 RS
STANDBY ORDER TO SHOW CAUSE

2