1 THOMAS E. FRANKOVICH (State Bar #074414)
THOMAS E. FRANKOVICH
2 *A PROFESSIONAL LAW CORPORATION*
4328 Redwood Hwy, Suite 300
3 San Rafael, CA 94903
Telephone: 415/674-8600
4 Facsimile: 415/674-9900

5 CRAIG YATES
and DISABILITY RIGHTS
6 ENFORCEMENT, EDUCATION,
SERVICES: HELPING YOU
7 HELP OTHERS,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ROY V. LEMBI, an individual; and JESUS J. PEREZRANGEL, an individual dba PLAYA AZUL MARISCOS,<br><br>Defendants. | CASE NO. CV-09-1788-WHA *RS*<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** *RS* |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1). Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees. The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

///

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON CV-09-1788-WHA

1  Therefore, IT IS HEREBY STIPULATED by and between parties to this action through
2  their designated counsel that the above-captioned action be and hereby is dismissed with prejudice
3  pursuant to Federal Rules of Civil Procedure section 41(a)(1).
4  This stipulation may be executed in counterparts, all of which together shall constitute one
5  original document.

9  Dated: June 23, 2010        THOMAS E. FRANKOVICH
                                *A PROFESSIONAL LAW CORPORATION*

11                              By:_____/S/_____
                                   Thomas E. Frankovich
12                              Attorney for CRAIG YATES and
                                DISABILITY RIGHTS ENFORCEMENT,
13                              EDUCATION SERVICES:HELPING YOU HELP
                                OTHERS

17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON  CV-09-1788-WHA
-2-

Dated: 6/28, 2010            The Law Offices Of Benjamin C. Graves

By: _____
Benjamin G. Graves
Attorney for ROY V. LEMBI, an individual

## ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

Dated: 7/13/, 2010

_____
Honorable Judge ~~William H. Alsup~~ RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON CV-09-1788-WHA
-3-